IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZHI G. WANG, et al.,

    Plaintiffs,

    v.

CITY OF PLEASANTON, et al.,

    Defendants.
_____/

No. C 09-05838 JSW

**ORDER TO SHOW CAUSE**

This matter is set for a hearing on February 5, 2010 on the motion to dismiss filed by defendants City of Pleasanton and Comcast of California/Colorado/Washington I, Inc. ("Comcast"). Pursuant to Local Civil Rule of the Northern District 7-3, an opposition or statement of non-opposition to a motion is due to be filed and served by January 15, 2010. To date, Plaintiffs have not filed an opposition or statement of non-opposition.

Plaintiffs are HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by **January 27, 2010**, why the pending motion to dismiss should not be granted in light of their failure to file a timely opposition or statement of non-opposition. If Plaintiffs seek to file a substantive response to Defendants' motion, Plaintiffs must demonstrate good cause for failing to file their opposition brief in a timely fashion. In their response to this OSC, Plaintiffs are also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs are admonished that their failure to respond this Order by **January 27, 2010**, will result in a dismissal of this action.

If Plaintiffs seek to file a substantive response to Defendants' motion and demonstrate good cause for their delay, the Court will provide Defendants an opportunity to file a reply

brief. The hearing on Defendants' motion remains set for February 5, 2010, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: January 20, 2010

　　　　　　　　　　　　　　　　　　　　　　　　*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE