IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZHI G. WANG, et al.,

    Plaintiffs,

v.

CITY OF PLEASANTON, et al.,

    Defendants.

No. C 09-05838 JSW

**AMENDED ORDER REGARDING PENDING MOTIONS**

The Court has received Plaintiffs' response to the Order to Show. The Order to Show Cause is discharged. The Court will accept Plaintiffs' late-filed opposition to the motion to dismiss filed by defendants City of Pleasanton and Comcast of California/Colorado/Washington I, Inc. ("Comcast") (collectively, "Defendants"). Defendants may file a reply in support of their motion by no later than **February 1, 2010.** The Court HEREBY CONTINUES the hearing on Defendants' motion to dismiss and Plaintiffs' motion to remand to **March 26, 2010** at 9:00 a.m.

Plaintiffs filed a motion for summary judgment and noticed it to be heard on **March 26, 2010**. Defendants shall file their opposition to the motion for summary judgment by no later than **February 16, 2010**. Plaintiffs shall file their reply, if any, in support of their motion by no later than **February 23, 2010**.

If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

1  The Court FURTHER ORDERS that the case management conference scheduled for
2  March 26, 2010 at 1:30 is VACATED and will be reset by the Court if necessary.
3  Plaintiffs are HEREBY ADVISED that a Handbook for Pro Se Litigants, which contains
4  helpful information about proceeding without an attorney, is available through the Court's
5  website or in the Clerk's office. Plaintiffs also may wish to seek assistance from the Legal Help
6  Center. Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657, or sign up
7  on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who
8  may be able to provide basic legal help, but not legal representation.
9  **IT IS SO ORDERED.**

11 Dated: January 27, 2010
    
    JEFFREY S. WHITE
12  UNITED STATES DISTRICT JUDGE