COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JILL B. ROWE (SBN 197713)
  jrowe@cwclaw.com
EDWARD L. SEIDEL (SBN 200865)
  eseidel@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:     (415) 433-1900
Facsimile:     (415) 433-5530

Attorneys for Defendants Comcast
of California/Colorado/Washington I,
Inc. and City of Pleasanton

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHI G. WANG and XIANGHUI YAN, | CASE NO. C 09-05838 JSW |
| Plaintiffs, | **ADMINISTRATIVE MOTION TO POSTPONE ADR DEADLINES AND CONFIRM CANCELLATION OF CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY OF PLEASANTON; COMCAST CABLE COMMUNICATIONS, LLC, | **Local Rule 7-11** |
| Defendants. | Trial Date:  None Set |

Stephen Kaus declares in support of this motion pursuant to Local Rule 7-11 by Defendants City of Pleasanton and Comcast Cable Communications, LLC ("Defendants")

1.      Defendants request that this Court (1) postpone the ADR requirements under ADR Local Rule 3-5, until twenty (20) days after this matter is at issue, and (2) confirm the postponement of the Case Management Conference that the Court's website and calendar indicate is scheduled for March 26, 2010 at 1:30 p.m.

2.      Defendants have filed a Motion to Dismiss and Plaintiffs have filed a Motion for Summary Judgment.  Those motions are fully briefed and the hearing on the both motions is set for March 26, 2010 at 9:00 a.m..

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

630610.3

C 09-05838 JSW

ADMINISTRATIVE MOTION TO POSTPONE ADR DEADLINES

3.      The Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 2) set an Initial Case Management Conference for March 26, 2010 at 1:30 p.m.. This conference and the corresponding deadline for the filing of a Case Management Statement remain on the Court's website and calendar although the Court vacated the Case Management Conference in its Amended Order Regarding Pending Motions (Docket No. 21) at 2:1-2.

4.      The case is not yet at issue, in that no answer has been filed by Defendants. The Court's ruling on the pending motions will impact the factual and legal issues in this case. The parties cannot adequately ascertain their obligations and settlement posture until the Court has ruled on the motions and the case becomes at issue.

5.      Defendants therefore request that the Court postpone the parties' ADR obligations until twenty days after the case is at issue, i.e. Defendants file an answer to the complaint and confirm the cancellation of the Case Management Conference.

6.      No previous request to continue the ADR deadlines has been requested and the postponement will not have any effect on any other court dates.

7.      Defendants attempted to obtain Plaintiff's agreement on a stipulation to the postponements sought by this motion, but Plaintiffs refused to do so. The undersigned spoke with Mr. Wang on the morning of Friday February 26, 2010, explained the ADR and Rule 26 requirements and proposed a stipulation to postpone those requirements. I also sent an e-mail to Mr. Wang attaching a form of this motion in the form of a stipulation. On Monday March 1, 2010, Mr. Wang rejected the proposal to stipulate in an e-mail response, stating that "plaintiffs have no intention to agree on any stipulation with defendants at this time." I have assumed that Plaintiff Mr. Wang speaks for his wife in this matter.

I declare that the forgoing is true under penalty of perjury under the laws of the State of California and that this declaration was executed on March 2, 2010 at San Francisco, California.

s/ _____
Stephen Kaus, Declarant

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

## ORDER

FOR GOOD CAUSE SHOWN, the Court (1) orders the postponement  the parties' ADR obligations until twenty (20) days after the case is at issue, i.e. Defendants file an answer to the complaint and (2) orders that the Court's records reflect the cancellation of the Case Management Conference previously set for March 26, 2010 at 1:30 p.m..

Dated: _____ March 5 _____, 2010

_____

The Honorable Jeffrey S. White
United States District Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

630610.3

3

C 09-05838 JSW

ADMINISTRATIVE MOTION TO POSTPONE ADR DEADLINES