IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZHI G. WANG, et al.,

    Plaintiffs,

v.

CITY OF PLEASANTON, et al.,

    Defendants.

No. C 09-05838 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTION TO ALTER OR AMEND THE JUDGMENT**

This matter is set for a hearing on May 14, 2010 on the motion to alter or amend the judgment filed by Plaintiffs. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April 14, 2010 and a reply brief, if any, shall be filed by no later than April 21, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 1, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

ZHI G. WANG et al,

    Plaintiff,

  v.

CITY OF PLEASANTON et al,

    Defendant.

Case Number: CV09-05838 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zhi Guang Wang
5081 Pebblewood Court
Pleasanton, CA 94566

Dated: April 1, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk